160 So. 727

### Clayton BRANNON v. STATE.
### 4 Div. 803.

Supreme Court of Alabama.
March 21, 1935.

Rehearing Denied April 25, 1935.

E. C. Boswell, of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Clayton Brannon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brannon v. State, 160 So. 726.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.